IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN J. BARNOCKY, JR.,          )
                                )
            Plaintiff,          )
                                )
      v.                        )          1:19CV483
                                )
USP CANAAN, et al.              )
                                )
            Defendant(s).       )


ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a federal prisoner, submitted a letter alleging civil rights violations by employees of the Federal Bureau of Prisons. Therefore, the court treated it as an action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.          The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2.          The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. <u>See</u> LR 7.1(e).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint which corrects the defects of the present Complaint. To the extent Plaintiff chooses to file a new Complaint, the Court also notes that it appears that the potential

defendants are located in the Middle District of Pennsylvania where Plaintiff is incarcerated. The events challenged in the Complaint appear to have occurred there as well. Therefore, venue would be proper in that district and Plaintiff may obtain forms and instructions from the applicable Clerk's Offices for filing in a correct district or districts. 28 U.S.C. § 1391(b). To any extent that venue could be appropriate in this Court under 28 U.S.C. § 1391(e), Plaintiff must seek the proper forms for filing in this District, use them, and explain why the Court should not transfer the matter pursuant to 28 U.S.C. § 1404.[1]

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

---

[1] Plaintiff also mentions a desire to file an action under 28 U.S.C. § 2241 and requests the forms for filing such an action. However, such actions must ordinarily be filed in the district where a petitioner is housed. Plaintiff should seek the correct forms from the proper district. Finally, Plaintiff requests copies of documents in the record. To the extent that he seeks documents from his criminal case, he would need to file a motion in that case requesting the transcripts and demonstrating a particularized need. United States v. Harris, Crim. No. 06-20131-01-KHV, 2010 WL 604183, at *1 (D. Kan. Feb. 17, 2010) (unpublished). By this, it is meant he must show that a factual dispute has arisen and the record and/or transcript is needed or the petition may not be framed without it. Jones v. Superintendent, Virginia State Farm, 460 F.2d 150 (4th Cir.), aff'd on reh'g, 465 F.2d 1091 (4th Cir. 1972).

2

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint which corrects the defects cited above and is filed in a proper district.

This, the 21st day of May 2019.

_____
Joe L. Webster
United States Magistrate Judge